# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEFFREY TILLMAN,                          :    No. 30 MAP 2017
                                          :
      Appellant          :
                                          :
                                          :
                                          :
      v.                 :
                                          :
                                          :
                                          :
PENNSYLVANIA DEPARTMENT OF                :
CORRECTIONS, PENNSYLVANIA                 :
BOARD OF PROBATION AND PAROLE,            :
COURT OF COMMON PLEAS OF                  :
LEHIGH COUNTY,                            :
                                          :
      Appellees          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2018, upon consideration of the Motion to Dismiss for Mootness and the "Suggestion of Mootness," this appeal is DISMISSED.